United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAUL GORDON SMITH, JR.,
Petitioner,
v.
RONALD DAVIS, Warden,[1]
Respondent.

Case No. 16-cv-01979-DMR (PR)

**ORDER OF TRANSFER**

On April 14, 2016, Petitioner filed a petition for writ of habeas corpus. Dkt. 1.

On the same day the action was filed, the Clerk of the Court sent a notice directing Petitioner to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application form. Dkt. 2. The Clerk sent Petitioner a blank IFP application form, and informed him that he must return the completed form within twenty-eight days or his action would be dismissed.

Petitioner has since filed a completed IFP application, his Certificate of Funds, and his six-month prisoner trust account statement. Dkt. 5. Petitioner has also consented to magistrate judge jurisdiction in this action. Dkt. 4.

Here, Petitioner challenges a conviction and sentence incurred in the Shasta County Superior Court, which is within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Because Petitioner is challenging his conviction, venue for the instant habeas action is proper in the district of conviction. 28 U.S.C. § 2241(d).

[1] Ronald Davis, the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

United States District Court
Northern District of California

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer the case forthwith.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: May 11, 2016




DONNA M. RYU
United States Magistrate Judge